UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
at Covington

| | | |
|---|---|---|
| SHAMSIDDIN ASLAMOV, | ) | |
| | ) | |
| Petitioner, | ) | Civil Action No. 2:25-cv-00218-SCM |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| JAMES A. DALEY, et al., | ) | |
| | ) | |
| Respondents. | ) | |
| | ) | |

*** *** *** ***

The Federal Respondents filed an updated Response to the Petition for a Writ of Habeas Corpus on March 26, 2026, stating that Petitioner Shamiddin Aslamov was "released from ICE custody on or about February 25, 2026, on an 'Order of Release on Recognizance.'" [Dkt. 10 at 2]. The Petitioner did not report that he was released from custody, nor has he indicated whether his claims remain live in light of the updated Response and its Exhibit documenting his release order. [Dkt. 10-1].

Accordingly, it is hereby **ORDERED** as follows:

1)    The Petitioner is directed to **SHOW CAUSE** on or before March 31, 2026 why this matter should not be dismissed as moot.

Signed this 27th day of March, 2026.



S. Chad Meredith, District Judge
United States District Court
Eastern District of Kentucky